466 A.2d 721

Commonwealth v. Wells, Appellant.

Submitted June 8, 1983.  John H. Corbett, Jr., Public Defender, for appellant; Kemal A. Mericli, Assistant District Attorney, for Commonwealth, appellee.

624

Before CERCONE, P.J., SPAETH and HESTER, JJ.
Remanded with directions. Jurisdiction is not retained.